The Law Offices of
**ROBERT S. GITMEID & ASSOC., PLLC**

August 9, 2021

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED

The initial conference is adjourned from
August 11, 2021 to October 13, 2021 at 9:30 a.m.

AUG 1 1 2021

George B. Daniel
HON. GEORGE B. DANIELS.

> **Re:** **Plaintiff's First Request for Adjournment of Initial Conference**
> *Amanda L. Anderson v. Capital One Bank (USA), National Association, et al.,*
> **Case No.: 1:21-cv-03677-GBD**

Dear Judge Daniels,

I am writing to respectfully request an adjournment of the initial conference set for August 11, 2021 at 9:30 AM. This is Plaintiff's first request.

Plaintiff makes this request in light of the extension of time granted to serve the last remaining defendant in this matter, TransUnion, LLC ("TransUnion"), filed at Docket No. 11.

Thus, Plaintiff respectfully requests that the initial conference be adjourned to such a date after Plaintiff has procured service on TransUnion and that is conducive and convenient to the Court.

I am available at the convenience of the Court to answer any questions or concerns.

Respectfully submitted,

/s/ *Adham M. Elsayed*
**Adham M. Elsayed, Esq.**
Law Offices of Robert S. Gitmeid & Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
adham.e@gitmeidlaw.com
*Counsel for Plaintiff*