UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMANDA L. ANDERSON,

                     Plaintiff,

      -against-                                ORDER

CAPITAL ONE BANK (USA), NATIONAL      21 Civ. 3677 (GBD)
ASSOCIATION and TRANSUNION LLC

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: November 2, 2021
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE